**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ASLI UYAR | : | |
| | : | |
| v. | : | NO. 3:16-cv-00186-VLB |
| | : | |
| EMRE SELI AND YALE UNIVERSITY | : | |

## JUDGMENT

This action having come before the Court on defendant Emre Seli's motion for judgment before the Honorable Vanessa L. Bryant, United States District Judge; and

The Court having considered the full record of the case including applicable principles of law, and having issued an order granting defendant's motion pursuant to Fed. R. Civ. P. 54(b); it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of defendant Emre Seli.

Dated at Hartford, Connecticut, this 7th day of June, 2018.

ROBIN D. TABORA, Clerk

By____/S/ Jeremy J. Shafer_____
      Jeremy Shafer
      Deputy Clerk

**EOD: 06/07/2018**